UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19mj03088 Becerra

UNITED STATES OF AMERICA

vs.

KITOKO EMEKA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _x_ No

                                   Respectfully submitted,

                                   ARIANA FAJARDO ORSHAN
                                   UNITED STATES ATTORNEY

       BY:    _____
                                   SHANE R. BUTLAND
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Court ID No. A550255
                                   99 NE 4th Street
                                   Miami, Florida 33132-2111
                                   Tel (305) 961-9123
                                   Fax (305) 530-7976
                                   Shane.Butland@usdoj.gov

# United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

KITOKO EMEKA,

## CRIMINAL COMPLAINT

CASE NUMBER: 1:19mj03088 Becerra

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 9, 2019, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, KITOKO EMEKA, did in a matter within the jurisdiction of the executive branch of the United States, knowingly and willfully make a false statement as to a material fact to an Officer of U.S. Customs and Border Protection, in violation of Title 18, United States Code, Section 1001(a)(2).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about July 9, 2019, the defendant, KITOKO EMEKA, arrived at Miami International Airport aboard TUI Airlines Flight #251 from Brussels, Belgium. The defendant presented a Belgium passport to CBP for entry into the United States. Because Belgium is a visa waiver country, the defendant did not need to present a U.S. visa for entry and was referred to secondary inspection for admissibility verification. During the secondary examination, CBP Officers queried immigration records which revealed that KITOKO EMEKA was previously admitted into the United States on March 1, 2012, for a period of 90 days not to exceed May 29, 2012. However, he did not depart the United States until March 25, 2014, overstaying his allowed period of admission. On or about February 12, 2015, KITOKO EMEKA was refused entry into the United States in New York because of his previous overstay in the United States. CBP records showed that on July 1, 2019, the defendant completed an Electronic System for Travel Authorization application (ESTA) form, which is a required visa application form. The application form asks, "Have you ever stayed in the United States longer than the admission period granted to you by the U.S. government?" and "Have you ever been denied a U.S. visa you applied for with your current or previous passport, or have you ever been refused admission to the United States or withdrawn your application for admission at a U.S. port of entry?" KITOKO EMEKA answered "No" to both questions. During a secondary interview, the defendant admitted that he had overstayed a previous visit to the United States, and that he was refused entry into the United States on February 12, 2015.

ROLANDO GONZALEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before one, and subscribed in my presence,

JULY 11, 2019                                          at    Miami, Florida
Date                                                        City and State

JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                          Signature of Judicial Officer